170 A.3d 295

**GILMORE, Larry**

v.

**STATE of Maryland**

**Pet. Docket No. 177, Sept.Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (Nos. 2514 & 2869, Sept.Term, 2015).

Petition for writ of certiorari dismissed

170 A.3d 295

**HARRIS, Arthur**

v.

**STATE of Maryland**

**Pet. Docket No. 208, Sept.Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 1431, Sept.Term, 2016).

Petition for writ of certiorari dismissed